DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JONATHAN C. GART,**
Appellant,

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY** as indenture trustee
for **THE REGISTERED HOLDERS OF IMH ASSETS CORP.
COLLATERALIZED ASSET-BACKED BONDS SERIES 2005-1,**
Appellee.

No. 4D19-3947

[March 4, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Senior Judge; L.T. Case No. CACE 15-014483.

Jonathan Kline of Jonathan Kline, P.A., Weston, for appellant.

Gillian D. Williston of Troutman Pepper Hamilton Sanders LLP, Virginia Beach, Virginia, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***